UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 13-00073 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| ROBERT WILLIAMSON | MAGISTRATE JUDGE HANNA |

### ORDER

Upon consideration of Magistrate Judge Hanna's Proposed Findings of Fact and Recommendation [Record Document 146], as well as the defendant's objections and the Government's response to these proposed findings of fact and recommendation [Record Documents 156 and 162], the Court hereby **DENIES** the Motion to Suppress Statements filed by the defendant, Robert Williamson. [Record Document 126]. In denying this motion, the Court adopts the factual findings and legal conclusions of Magistrate Judge Hanna.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 27th day of May, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE